"A Class Action"

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
01/28/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

James Hensley
Micheal JR

vs

(Full name of defendant(s))

Head of I.R.S
Head of U.S Dept. of Treasury

Case Number:

2:21-cv-00068-JRS-DLP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)

   I.D.O.C WVCF Box 1111 Carlisle, IN
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant Heads of I.R.S, U.S Dept. of Treasury
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for  I.R.S -N- U.S Dept, of Treasury
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or Before 10-09-2020. Per direction of I.D.O.C's Legal Department, Pursuant to a Court order Entered by a Court in "Scholl -v- Mnuchin No. 20-cv-05309 (N.D. Cal. Oct 7, 2020), Chief District Judge 3rd Floor 1301 Clay st Oakland, CA 94612, Judge Phyllis Hamilton ordering the I.R.S-N- U.S Dept. of Treasury to "Stop Witholding" "Cares Act" Stimulus Funds from Inmates. I was told by the Legal Department of I.D.O.C to get the "Checks" I had to Be

a U.S Citizen" (1.). "I had to Not Be Claim on Any other Person's tax Return" (2.) "I Had to Have a Valid (SSN)" (3) "I Had to Have a income Less then $12.200" (4.). First I'm a U.S Citizen Born to mother Paula Barrett & Father James M Hensley SR 12-25-99 (1.). Was Not Claim on No Refund to the Best of my Knowledge or gave the OK to. (2.) my (SSN) is Valid. (3.) I've Not Made No Money so Less then 12.200$ (4.) the Congress stated Every Citizen get's the "E.I.P 2020" Federal Stimulus Check, I'm a Citizen of the U.S. N. a United States District Court up-Held I Should Still get the Check Do to I'm being a "United States America by Birth and meeting All the Above Marks to Meet abletoing to get the Check. I mail my "1040" to Boot Address to the I.R.S -N- U.S Dept. of Treasury on or Before October -12-2020 Before the Set Deadline of October -30-2020 by U.S Postal mail

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I seek the 1,200$ Stimulus Check withold by the I.R.S -N- U.S Dept. of Treasury, and my Court Fee's pay. For said witholding

E. JURY DEMAND

[✓] Jury Demand - I want a jury to hear my case
OR

[ ] Court Trial – I want a judge to hear my case

Dated this __01__ day of __January__ 20 __21__.

Respectfully Submitted,

_Emma Hensley_
Signature of Plaintiff

_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_
Plaintiff's Prisoner ID Number

_I.D.O.C WVCF CCUQ 107 P.O Box 1111_
_Carlisle, IN 47838-1111_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.